**UNITED STATES DISTRICT COURT**                                    **JS-6**
**CENTRAL DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES -- GENERAL**</u>

Case No.   **CV 15-5711-JFW (ASx)**                    Date:  December 20, 2016

Title:        Robert McCarthy *-v-* IWF Pelican Cove LLC

**PRESENT:**

      **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

    **Shannon Reilly**                          **None Present**
    **Courtroom Deputy**                      **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**
          None                                              None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER  DISMISSING ACTION WITHOUT PREJUDICE**

     As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of November 21, 2016, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for January 9, 2017, is **VACATED**.  *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

     IT IS SO ORDERED.

Initials of Deputy Clerk _sr_